IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREEM JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-356-WKW |
| | ) [WO] |
| ROBERT M. HENLINE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Plaintiff, a state inmate, filed this 42 U.S.C. § 1983 action on May 28, 2020. Prior to service of the complaint, Plaintiff filed a motion (Doc. # 5) requesting dismissal of his action. Because the motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is construed as a voluntary dismissal by Plaintiff.

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff's claims against Defendants have been dismissed by operation of Rule 41(a)(1).

The Clerk of the Court is DIRECTED to close this case.

DONE this 15th day of June, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE